# United States Court of Appeals for the Federal Circuit

---

**ERIC MOTE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-1257

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00084-EGB, Senior Judge Eric G. Bruggink.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

August 6, 2024
Date

Jarrett B. Perlow
Clerk of Court